Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ERIN HELENE TURNER

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ERIN HELENE TURNER,<br><br>                Plaintiff,<br>  v.<br><br>QUALL CARDOT, LLP, a California limited liability partnership; and WILLIAM GEARHART BUTTRY, individually and in his official capacity,<br><br>                Defendants. | Case No. 5:15-CV-04680-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, ERIN HELENE TURNER, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, ERIN HELENE TURNER, hereby dismisses, with prejudice, all claims made by her against Defendants, QUALL CARDOT, LLP, and WILLIAM GEARHART BUTTRY, in her Complaint filed herein on October 8, 2015. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

                                                                                                 CONSUMER LAW CENTER, INC.

Dated: December 14, 2015                      By: /s/ Fred W. Schwinn
                                                                                                 Fred W. Schwinn, Esq.
                                                                                                 Attorney for Plaintiff
                                                                                                 ERIN HELENE TURNER